PROB 12C  
(7/93)

Report Date: December 24, 2009

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 04 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeffrey L Kinney          Case Number: 2:97CR00115-001

Address of Offender: U.S. Marshals Portland

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 7/21/1998

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922 (g)(1) | | |
| Original Sentence: | Prison - 77 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Gregory M. Shogren | Date Supervision Commenced: | 1/21/2003 |
| Defense Attorney: | Unassigned | Date Supervision Expires: | TBD Currently Tolling |

---

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/2/2003, 5/16/2003 and 5/27/2003.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 15 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Jeffrey Kinney is considered in violation of his period of supervised release in the Eastern District of Washington by committing offenses of possession of a weapon by an inmate and supplying contraband on or before December 29, 2004. |
| | According to a records check conducted on December 14, 2009, the defendant was found guilty on both of the above noted charges on May 6, 2005, in Marion County Circuit Court, Oregon, under case number 04C54498, and was sentenced to 24 months of incarceration. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/24/2009

s/David L. McCary

David L. McCary  
U.S. Probation Officer

Prob12C
Re: Kinney, Jeffrey L
December 24, 2009
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

_____
Signature of Judicial Officer

1/4/2010
Date